| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WC Alamo Industrial Center, LP** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **22-10226** |

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **5,160,370.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ **81,095.91**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **5,241,465.91**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ **3,237,991.73**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ **2,867.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$ **181,150.05**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b   $ **3,422,008.78**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WC Alamo Industrial Center, LP |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 22-10226 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America (hold placed on bank account by Seth Kretzer) | checking | 4554 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | San Antonio Water Systems utility deposit | $273.00 |
| 7.2. | Border Wholesale security deposit (may be subject to setoff as they owe back rent) | $32,260.00 |
| 7.3. | American Freight security deposit | $13,566.54 |

| Debtor | WC Alamo Industrial Center, LP | Case number (If known) | 22-10226 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7.4. | **Stevens Glass Block security deposit** | $1,974.56 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** $48,074.10
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:  _____0.00_____ - _____0.00_____ = ....  **Unknown**
                              face amount       doubtful or uncollectible accounts

12. **Total of Part 3.** $0.00
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.

Debtor  **WC Alamo Industrial Center, LP**  Case number (If known) **22-10226**
Name

☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Industrial/warehouse building located at 635-639 Lanark Dr., San Antonio, TX 78218 | fee simple | $0.00 | Tax records | $5,160,370.00 |

**56. Total of Part 9.** | | | | **$5,160,370.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable**<br>Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |

Debtor **WC Alamo Industrial Center, LP**  
Name

Case number (If known) **22-10226**

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | Claims against Alamo Lanark, LLC and related entities including claims alleged in WC Alamo Industrial Center, LP vs. Alamo Lanark, LLC in the 288th District Court of Bexar County, Texas, Cause No. 2021CI03565 | **Unknown** |
| | **Nature of claim** | |
| | **Amount requested** $0.00 | |
| | **Claims against Seth Kretzer** | **$33,021.81** |
| | **Nature of claim** conversion, unlawful/improper taking | |
| | **Amount requested** $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$33,021.81** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 4  
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | WC Alamo Industrial Center, LP | Case number (If known) | 22-10226 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $0.00 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $48,074.10 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. | **Real property.** Copy line 56, Part 9.......................> | | $5,160,370.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $33,021.81 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $81,095.91 + 91b. | $5,160,370.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,241,465.91 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **WC Alamo Industrial Center, LP** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-10226** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Alamo Lanark LLC**<br>Creditor's Name<br>500 W. 2nd Street, Ste. 1900<br>Austin, TX 78701-4687<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Alamo Lanark LLC<br>2. Bexar County Tax Assessor-Collector<br>3. CC2 TX LLC | **Describe debtor's property that is subject to a lien**<br>**Industrial/warehouse building located at 635-639 Lanark Dr., San Antonio, TX 78218**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $2,898,162.57 | $5,160,370.00 |
| **2.2** | **Bexar County Tax Assessor-Collector**<br>Creditor's Name<br>PO Box 839950<br>San Antonio, TX 78283-3950<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**Industrial/warehouse building located at 635-639 Lanark Dr., San Antonio, TX 78218**<br><br>**Describe the lien**<br>**2021 property taxes**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $146,335.45 | $5,160,370.00 |

| Debtor | WC Alamo Industrial Center, LP | Case number (if known) | 22-10226 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| 2.3 | **CC2 TX LLC**<br>Creditor's Name<br>**14800 Landmark Blvd. Ste. 400**<br>**Dallas, TX 75254**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Industrial/warehouse building located at 635-639 Lanark Dr., San Antonio, TX 78218**<br><br>**Describe the lien**<br>**2020 property taxes**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $193,493.71 | $5,160,370.00 |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $3,237,991.73

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WC Alamo Industrial Center, LP |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 22-10226 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                 |                                                                                                    | Total claim | Priority amount |
|-----|-----------------------------------------------------------------|----------------------------------------------------------------------------------------------------|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address                    | As of the petition filing date, the claim is: *Check all that apply.*                              | $2,867.00   | $0.00           |
|     | **Texas Comptroller of Public Accounts**                        | ☐ Contingent                                                                                       |             |                 |
|     | **P.O. Box 13528, Capitol Station**                             | ☐ Unliquidated                                                                                     |             |                 |
|     | **Austin, TX 78711-3528**                                       | ☐ Disputed                                                                                         |             |                 |
|     | Date or dates debt was incurred                                 | Basis for the claim:                                                                               |             |                 |
|     | Last 4 digits of account number                                 | Is the claim subject to offset?                                                                    |             |                 |
|     | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No                                                                                   |             |                 |
|     |                                                                 | ☐ Yes                                                                                              |             |                 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |                                                           |                                                                            | Amount of claim |
|-----|-----------------------------------------------------------|----------------------------------------------------------------------------|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address           | As of the petition filing date, the claim is: *Check all that apply.*      | $248.98         |
|     | **Accurate Pest Control**                                 | ☐ Contingent                                                               |                 |
|     | **PO Box 34775**                                          | ☐ Unliquidated                                                             |                 |
|     | **San Antonio, TX 78265**                                 | ☐ Disputed                                                                 |                 |
|     | Date(s) debt was incurred                                 | Basis for the claim: **pest control services**                             |                 |
|     | Last 4 digits of account number                           | Is the claim subject to offset? ☒ No ☐ Yes                                 |                 |
| 3.2 | Nonpriority creditor's name and mailing address           | As of the petition filing date, the claim is: *Check all that apply.*      | $4,964.38       |
|     | **Alliance Tax Advisors**                                 | ☐ Contingent                                                               |                 |
|     | **433 E. Las Colinas Blvd., Ste. 300**                    | ☐ Unliquidated                                                             |                 |
|     | **Irving, TX 75039**                                      | ☐ Disputed                                                                 |                 |
|     | Date(s) debt was incurred                                 | Basis for the claim:                                                       |                 |
|     | Last 4 digits of account number                           | Is the claim subject to offset? ☒ No ☐ Yes                                 |                 |

| Debtor | WC Alamo Industrial Center, LP | Case number (if known) | 22-10226 |
|---|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Allied Fire Protection SA, LP**<br>**PO Box 47864**<br>**San Antonio, TX 78265**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **services**<br>Is the claim subject to offset? ☐ No ■ Yes | **$20,659.52** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Best Landscapes**<br>**4393 Stahl Rd.**<br>**San Antonio, TX 78217**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **landscaping services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$497.28** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**City of San Antonio Alarms Office**<br>**315 S. Santa Rosa St.**<br>**San Antonio, TX 78207**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$175.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**CPS Energy**<br>**PO Box 2678**<br>**San Antonio, TX 78289-0001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,921.97** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Davis, Cedillo & Mendoza Inc.**<br>**755 E. Mulberry Avenue, Suite 250**<br>**San Antonio, TX 78212**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **legal services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,151.56** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Dean Howell, Inc.**<br>**616 Delaware**<br>**San Antonio, TX 78210**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$893.06** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Firetrol Protection Systems**<br>**4616 W. Howard Lane, Ste. 700**<br>**Austin, TX 78728**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$465.49** |

| Debtor | WC Alamo Industrial Center, LP | Case number (if known) | 22-10226 |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Geary Porter & Donovan PC**<br>**PO Box 700248**<br>**Dallas, TX 75370-0248** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,109.18** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**LED of San Antonio LLC**<br>**13119 Lookout Ridge**<br>**San Antonio, TX 78233** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,180.47** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Malley & Malley, LP**<br>**5615 Bicentennial Dr., Ste. 101**<br>**San Antonio, TX 78219** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$254.40** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Mechanical Maintenance of Texas**<br>**Ward Systems LLC**<br>**2121 Cee Gee**<br>**San Antonio, TX 78217** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,442.98** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**PJS of Texas, Inc.**<br>**PO Box 678545**<br>**Dallas, TX 75267-8545** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$319.34** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Prestonwood Landscape Services LLC**<br>**PO Box 542466**<br>**Dallas, TX 75354-2466** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,792.88** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Reed Smith LLP**<br>**2850 N. Harwood St., Ste. 1500**<br>**Dallas, TX 75201** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$96,076.19** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** legal services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **WC Alamo Industrial Center, LP**
Name

Case number (if known) **22-10226**

### 3.17
**Nonpriority creditor's name and mailing address**
**Samuels Glass Company LLC**
**3011 NE Loop 410, Ste. 120**
**San Antonio, TX 78218**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,784.19**

### 3.18
**Nonpriority creditor's name and mailing address**
**San Antonio Water Systems**
**PO Box 2990**
**San Antonio, TX 78299**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

**$863.62**

### 3.19
**Nonpriority creditor's name and mailing address**
**Texas Fifth Wall Roofing Systems Inc.**
**3300 Duke Rd.**
**Austin, TX 78724**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,225.62**

### 3.20
**Nonpriority creditor's name and mailing address**
**Texas Parking Lots**
**231 Highway 46 West**
**Boerne, TX 78006**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

**$9,954.94**

### 3.21
**Nonpriority creditor's name and mailing address**
**Will's All Pro Plumbing**
**& Air Conditioning**
**7847 Fortune Dr.**
**San Antonio, TX 78250**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

**$169.00**

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 2,867.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 181,150.05 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 184,017.05 |

**Fill in this information to identify the case:**

Debtor name: **WC Alamo Industrial Center, LP**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **22-10226**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **real property lease** | |
| | State the term remaining | | **639 Lanark LLC** (as assignee of AK Rashidzada Corp.) 639 Lanark Dr. #106 San Antonio, TX 78218-1830 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial/Warehouse lease** | |
| | State the term remaining | **expires 8/2025** | **American Freight Inc.** Attn: Donna Taucher, DVP, Real Estate 109 Innovation Court, Ste. J |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial/Warehouse lease** | |
| | State the term remaining | **expires 11/2022** | **Border Wholesale Inc.** Attn: Sayed Hussain Nasafi 3231 Monarch San Antonio, TX 78259 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial/Warehouse lease** | |
| | State the term remaining | **month to month** | **Stevens Glass Block LLC** Attn: Robert E. Stevens 5726 Bear Lake Dr. San Antonio, TX 78244 |
| | List the contract number of any government contract | | |

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  Page 1 of 2
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor 1 | WC Alamo Industrial Center, LP | Case number (*if known*) | 22-10226 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5. State what the contract or lease is for and the nature of the debtor's interest

**property management contract**

State the term remaining

List the contract number of any government contract

**WCRE Management LLC**
**814 Lavaca St.**
**Austin, TX 78701**

**Fill in this information to identify the case:**

Debtor name: **WC Alamo Industrial Center, LP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known): **22-10226**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |