Payments within 1 year that benefited an insider

| Date | Description | Amount | Affiliate | Purpose |
|---|---|---|---|---|
| 5/13/2021 | TX TLR transfer to CHI | -35000 | World Class Holdings, LLC | Property Operating Expense and Outside Counsel Expense Reimbursement |
| 5/13/2021 | Online Banking Transf | -2500 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 5/26/2021 | Online Banking Transf | -9000 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 6/14/2021 | Online Banking Transf | -12750 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 7/9/2021 | Online Banking Transf | -2300 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 7/22/2021 | Online Banking Transf | -9500 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 8/26/2021 | Online Banking Transf | -4300 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 9/9/2021 | Online Banking Transf | -2000 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 9/10/2021 | Online Banking Transf | -18000 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 10/6/2021 | Online Banking Transf | -3000 | World Class Holdings, LLC | Property Operating Expense Reimbursement |
| 11/4/2021 | Online Banking Transf | -11750 | World Class Holdings, LLC | Property Operating Expense Reimbursement |